UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew Kalil, | Case No: 0:26-cv-00062 |
| Plaintiff, | |
| v. | **DEFENDANT'S MOTION TO DISMISS** |
| Haley Kalil | |
| Defendant. | |

**TO: Plaintiff and his counsel of record.**

Defendant Haley Kalil, by and through counsel, respectfully moves the Court for an order dismissing the Complaint in its entirety and with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

This Motion is based upon the Complaint, the Memorandum of Law in Support of Defendant's Motion to Dismiss, the Declaration of Matthew Bialick and exhibit attached thereto, and all files, records, and proceedings herein.

Dated: January 23, 2026

RESPECTFULLY SUBMITTED,

Matthew J. Bialick, Esq. (#0389088)
Karl J. Johnson, Esq. (#391211)
3701 Shoreline Drive, Ste 200A
Wayzata, Minnesota, 55391
Phone: 952-239-3095
Email: matthew@mjblawmn.com

**ATTORNEYS FOR DEFENDANT**