UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew Kalil, <br><br> Plaintiff, <br> v. <br><br> Haley Kalil <br><br> Defendant. | Case No: 0:26-cv-00062 <br><br> **DEFENDANT'S NOTICE OF HEARING ON MOTION TO DISMISS** |

**TO: Plaintiff and his counsel of record.**

**PLEASE TAKE NOTICE** that on April 29, 2026, at 8:30 a.m., or as soon thereafter as counsel may be heard, before the Honorable Patrick J. Schiltz in Courtroom 15 of the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Defendant Haley Kalil will move the Court for an order dismissing the Complaint with prejudice.

Dated: January 23, 2026

**RESPECTFULLY SUBMITTED,**

Matthew J. Bialick, Esq. (#0389088)
Karl J. Johnson, Esq. (#391211)
3701 Shoreline Drive, Ste 200A
Wayzata, Minnesota, 55391
Phone: 952-239-3095
Email: matthew@mjblawmn.com

**ATTORNEYS FOR DEFENDANT**