UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew Kalil, | Case No: 0:26-cv-00062 |
| Plaintiff, | |
| v. | **MEET-AND-CONFER STATEMENT** |
| Haley Kalil | |
| Defendant. | |

I, Matthew J. Bialick, representing Defendant Haley Kalil, hereby certify that I met and conferred with the opposing party by meeting with Plaintiff's counsel, including Ryan Saba and Christopher Lynch, by telephone on January 23, 2026 at 9:00 a.m.

As a result of the meet-and-confer, the parties do not agree on the resolution of any part of the motion.

**RESPECTFULLY SUBMITTED,**

Dated: January 23, 2026

Matthew J. Bialick, Esq. (#0389088)
Karl J. Johnson, Esq. (#391211)
3701 Shoreline Drive, Ste 200A
Wayzata, Minnesota, 55391
Phone: 952-239-3095
Email: matthew@mjblawmn.com

**ATTORNEYS FOR DEFENDANT**