UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Matthew Kalil,

      Plaintiff,

v.

Haley Kalil

      Defendant.

Case No: 0:26-cv-00062-PJS-DTS

**DECLARATION OF MATTHEW J. BIALICK IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

---

STATE OF MINNESOTA )
                      ) ss.
COUNTY OF HENNEPIN )

I, Matthew Bialick, being duly sworn, on oath, state as follows:

1.    I am an attorney for Haley Kalil, the defendant in the above-entitled action, and I have personal knowledge of the facts and events set out below.

2.    This affidavit is submitted in support of Defendant's motion to dismiss.

3.    Attached hereto as **<u>Exhibit A</u>** is a true and correct copy of a transcript of minute 34 through minute 46 of the interview titled "I opened up to Haylee Baylee" which was obtained by following the link included in Paragraph 29 of Plaintiff's Complaint and incorporated by reference therein.

**I SWEAR AND AFFIRM, UNDER PENALTY OF PERJURY, THAT ALL STATEMENTS SET FORTH ABOVE ARE TRUE AND ACCURATE. 28 U.S.C. § 1746.**

Dated: January 28, 2026

_____
Matthew J. Bialick

**EXHIBIT A**

```
 1
 2
 3
 4
 5
 6              AUDIO RECORDING
 7    I Opened Up To Haylee Baylee...mp3
 8       Matthew Kalil v. Haley Kalil
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    (Beginning of segment).

 2                    MS. BAYLEE:  No.  And then I, I, I was

 3    just a nerd, though.  So I, like, studied for school

 4    because I wanted to be a doctor.  And then I went to

 5    college to be a doctor, studied biomedical engineering

 6    and psych with minor in chem, graduated and then got

 7    married.  The lore goes crazy.  I got married.

 8                    MR. GARCIA:  Wait, wait, wait, wait,

 9    wait.

10                    MS. BAYLEE:  Yeah.  Yeah.  At 21.

11                    MR. GARCIA:  Wait, hey, just run this

12    shit back real quick.  You was married?

13                    MS. BAYLEE:  I was married.  Yeah.  We're

14    still friends.  He's married and has a baby.  He's doing

15    good.

16                    MR. GARCIA:  Okay.  All right.  Yo, wheel

17    this whole thing back?  What?

18                    MS. BAYLEE:  Yeah.  In typical Minnesotan

19    fashion.

20                    MR. GARCIA:  You fucking kidding me?

21                    MS. BAYLEE:  You married very young out

22    here.

23                    MR. GARCIA:  Okay.  So you go to school?

24                    MS. BAYLEE:  I went to school.

25
```



Audio Transcription Segment

1          MR. GARCIA:  Where?

2          MS. BAYLEE:  And then --

3          MR. GARCIA:  And that -- this was where

4  again?

5          MS. BAYLEE:  St. Cloud.  Which is like --

6          MR. GARCIA:  Yeah.

7          MS. BAYLEE:  -- an hour kind of north of

8  here.

9          MR. GARCIA:  Okay.

10          MS. BAYLEE:  Northern Minnesota.

11          MR. GARCIA:  Okay.

12          MS. BAYLEE:  Yeah.  Went to school, was

13  studying, met my ex husband during school.  He proposed

14  right before I graduated.

15          MR. GARCIA:  How long were y'all

16  together?  My bad.  This is mad.

17          MS. BAYLEE:  Three months.

18          MR. GARCIA:  This is mad --

19          MS. BAYLEE:  Three months before we got

20  engaged.  Yeah, three months.  And then we got married

21  after six months.  We eloped to Hawaii, got married,

22  just the two of us.  Yeah.

23          MR. GARCIA:  Just like, private.  Just

24  like y'all two.

25          MS. BAYLEE:  Yeah.  Just us two.  Just --

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

 1  and, like, the guy that married us, and then, like, this

 2  random ukulele player --

 3                  MR. GARCIA:  Wow.

 4                  MS. BAYLEE:  -- that we hired just for

 5  the fuckery of it.  Yeah.  It was like --

 6                  MR. GARCIA:  And did your mom -- like,

 7  did y'all parents know about this or was is like a --

 8                  MS. BAYLEE:  Yeah.  Yeah.  Yeah.  Yeah.

 9  My parents were --

10                  MR. GARCIA:  They were all down.

11                  MS. BAYLEE:  -- I told my parents and his

12  parents he told them.  They were all down.

13                  MR. GARCIA:  Wow.

14                  MS. BAYLEE:  Yeah.  He's the greatest guy

15  in the world, too.  Just the greatest guy.

16                  MR. GARCIA:  So -- and how long were

17  y'all married for, if I can ask?

18                  MS. BAYLEE:  Seven years.

19                  MR. GARCIA:  What the -- yo.  What the

20  fuck.  Sorry.

21                  MS. BAYLEE:  No.  The lore goes deep.

22  Yeah.  Yeah.  Yeah.

23                  MR. GARCIA:  Man, this is so interesting

24  to me.

25                  MS. BAYLEE:  Yeah.  And, like, we were,

1  like, really -- we were like, best friends, but we just

2  -- eventually, like, he really wanted kids, like, really

3  young, and I wasn't ready.  And we had, like, a couple

4  other issues, and we were just like, we should just --

5  we should just be friends.  And we were like, "Okay."

6  We shared a lawyer.  Like, I was on his phone plan

7  until, like, a couple years ago.  Like, we were just --

8  we're just like, very chill people.

9            MR. GARCIA:  But, like, you want -- you

10  can talk about this?

11            MS. BAYLEE:  Yeah.  Yeah.  Yeah.

12            MR. GARCIA:  You sure?  Okay.

13            MS. BAYLEE:  Yeah.  Yeah.  Yeah.

14            MR. GARCIA:  I don't want to overstep you

15  know.

16            MS. BAYLEE:  No.  No.  No.  You're fine.

17            MR. GARCIA:  Wait, so -- okay.  So you

18  get married and that was very early into relationship as

19  well.

20            MS. BAYLEE:  Yeah.

21            MR. GARCIA:  So that's, like, kind of

22  like a risk but it's like -- is this the --

23            MS. BAYLEE:  Very much though.

24            MR. GARCIA:  -- is this the honeymoon

25  phase or is this, like -- you see what I'm saying?  Like

888-893-3767                 Lexitas operates in all 50 states and is licensed where required.
www.lexitaslegal.com         Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

```
 1   --
 2                 MS. BAYLEE:  I also didn't know because,
 3   like, I was 21.
 4                 MR. GARCIA:  Right.
 5                 MS. BAYLEE:  And I was like, a 21 not
 6   like -- not like how you are now, where, like, you've
 7   had life experience, whatever, I was very, like, goody
 8   two shoes.  I've, I never had alcohol.  I didn't even
 9   have my first sip of alcohol until I was 22.  Like, I
10   didn't ever drink under age.
11                 MR. GARCIA:  (indiscernible) alcohol.
12   Okay.  Yeah.
13                 MS. BAYLEE:  Yeah.  Because I was so
14   scared of, like --
15                 MR. GARCIA:  Any --
16                 MS. BAYLEE:  -- making the wrong
17   decisions.
18                 MR. GARCIA:  Right, right, right, right.
19                 MS. BAYLEE:  Yes.  I, like, never did
20   drug, never any of those things.  I was a virgin till
21   marriage.  I -- all of those things.  Yeah.  I was like,
22   the -- yeah.  So then I got married.
23                 MR. GARCIA:  What?
24                 MS. BAYLEE:  Yeah.  And it was --
25                 MR. GARCIA:  I'm so intrigued.
```

Audio Transcription Segment

1          MS. BAYLEE:  -- it was great.  And then -

2  -

3          MR. GARCIA:  What's so -- what's so crazy

4  to me is that you was together for seven years.

5          MS. BAYLEE:  Yeah.

6          MR. GARCIA:  Like, so it wasn't like,

7  just like one of those "I just got married." and it's

8  like --

9          MS. BAYLEE:  We never fought.

10          MR. GARCIA:  You broke up three months in

11  --

12          MS. BAYLEE:  No.

13          MR. GARCIA:  -- because that was just,

14  like, a little, like, young thing you all did.

15          MS. BAYLEE:  No.

16          MR. GARCIA:  It was just stupid.  Like it

17  was actually dead ass like --

18          MS. BAYLEE:  We were trying to do the

19  damn thing.

20          MR. GARCIA:  Wow.

21          MS. BAYLEE:  Yeah.  But then, like --

22          MR. GARCIA:  Like fully putting in work

23  like --

24          MS. BAYLEE:  Fully, yeah.

25          MR. GARCIA:  Wow.  So, so after college,

1  did y'all, like, move in together?  Like, what was --
2  what was that like?
3            MS. BAYLEE:  Yeah.  Well, here, wait.
4  I'm going to type something on my phone that the stream
5  can't see.
6            MR. GARCIA:  Okay, cool.  Yeah.  Yeah.
7  Yeah.
8            MS. BAYLEE:  But that'll put it into
9  perspective for you.
10           MR. GARCIA:  Okay.  I will -- I will
11  understand it more.
12           MS. BAYLEE:  Yeah.  Yeah.  Yeah.  Yeah.
13  Okay.  Let's see.  Your face is going to be hilarious.
14  Okay.
15           MR. GARCIA:  Seven years.   This is
16  insane.
17           MS. BAYLEE:  Okay.
18           MR. GARCIA:  Like, dead ass.
19           MS. BAYLEE:  Dead ass.  Dead ass.
20           MR. GARCIA:  But --
21           MS. BAYLEE:  Like.  You know -- you know
22  what I'm saying?
23           MR. GARCIA:  No.  I know what you're
24  saying.
25           MS. BAYLEE:  Yeah.  Yeah.  Yeah.  Yeah.

888-893-3767              Lexitas operates in all 50 states and is licensed where required.
www.lexitaslegal.com      Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

1          MR. GARCIA:  But, like, for -- like, for

2  how long?

3          MS. BAYLEE:  Oh, no.

4          MR. GARCIA:  Shut the fuck up.

5          MS. BAYLEE:  Our whole marriage.

6          MR. GARCIA:  Shut the fuck up.

7          MS. BAYLEE:  No.  Dead ass.

8          MR. GARCIA:  Shut the fuck up.

9          MS. BAYLEE:  Dead ass.

10          MR. GARCIA:  Shut the fuck up.

11          MS. BAYLEE:  But I was going to try.  I

12  was going to -- I was going to try it all. Yeah.

13  Therapists, doctors.

14          MR. GARCIA:  You're fucking lying.

15          MS. BAYLEE:  I'm not even lying.  Looked

16  up, like, lipo type of shit.  You know what I mean?

17  Like --

18          MR. GARCIA:  What?  What the fuck?

19          MS. BAYLEE:  That's why it's, like, not

20  trigger -- it's, like, kind of funny.  It's like, my

21  life is a comedy and it writes itself.

22          MR. GARCIA:  But, like -- okay.  He was -

23  - okay.  I don't want to like --

24          MS. BAYLEE:  No.  No.  No.  No.

25          MR. GARCIA:  Was this, like -- was that

Audio Transcription Segment

1   the -- that was the biggest factor?

2                   MS. BAYLEE:  Yes.  The biggest factor,

3   yes.

4                   MR. GARCIA:  Oh my God.

5                   MS. BAYLEE:  Yeah.  Like, love him, but

6   he's my homie, you know?

7                   MR. GARCIA:  But no chance.  Like, no

8   shot.

9                   MS. BAYLEE:  No.  Because it was like, he

10  --

11                  MR. GARCIA:  But like --

12                  MS. BAYLEE:  -- like, like, like --

13                  MR. GARCIA:  Yeah.

14                  MS. BAYLEE:  -- he's like 0.01 percent of

15  the population, okay.

16                  MR. GARCIA:  Oh, it's like that.

17                  MS. BAYLEE:  Yeah.  Yeah.  Yeah.  Yeah.

18  I just found the right one.  I'm like, "Yeah, let's go."

19  Yeah.

20                  MR. GARCIA:  Man.

21                  MS. BAYLEE:  Yeah.

22                  MR. GARCIA:  You tried, though?

23                  MS. BAYLEE:  Oh, yeah.  Of course.  Of

24  course.  We tried everything.

25                  MR. GARCIA:  Like impossible.



1                    MS. BAYLEE:  Like, unless it -- you know,

2    you're going to be in tears type of shit.  Yeah.

3                    MR. GARCIA:  That's like one of the

4    craziest stories I've heard.

5                    MS. BAYLEE:  Is that crazy?

6                    MR. GARCIA:  I know.  I'm showing that.

7                    MS. BAYLEE:  Yeah.  Yeah.  Yeah.  The

8    trauma I can't put on the Internet.  Yeah.

9                    MR. GARCIA:  Wow.  That's crazy.

10                    MS. BAYLEE:  My mom, like, apologized

11   after.

12                    MR. GARCIA:  You told her?

13                    MS. BAYLEE:  Oh, of course.  My -- I'm

14   very close to my family.

15                    MR. GARCIA:  Yeah.

16                    MS. BAYLEE:  And, like, we had talks

17   about it, like, trying to figure out what to do with him

18   and I with her with everybody.  And my mom was like,

19   "I'm so sorry.  I never thought to warn you that maybe

20   that --" I'm like, "How would you even know?"

21                    MR. GARCIA:  Yeah.

22                    MS. BAYLEE:  I was like, how would one

23   even anticipate that that could ever be an issue.

24                    MR. GARCIA:  Wow.

25                    MS. BAYLEE:  Yeah.  But it was like --

Audio Transcription Segment

1              MR. GARCIA:  That's like --

2              MS. BAYLEE:  -- just so random.

3              MR. GARCIA:  -- it's like 0.1111 percent

4    chance that would have happened.

5              MS. BAYLEE:  0.0. Probably less than

6    that.

7              MR. GARCIA:  Like, actually, like --

8    yeah.  Yeah.  Yeah.

9              MS. BAYLEE:  I'm like, doctors agree --

10             MR. GARCIA:  That's unfortunate.

11             MS. BAYLEE:  -- type things.  Like, it

12   was like this is just bad luck.

13             MR. GARCIA:  I'm guessing you tried

14   everything, like --

15             MS. BAYLEE:  Everything --

16             MR. GARCIA:  Oh, yeah?

17             MS. BAYLEE:  Yeah.

18             MR. GARCIA:  Oh, yeah?

19             MS. BAYLEE:  We did but neither of us did

20   anything.  Yeah.

21             MR. GARCIA:  Okay.

22             MS. BAYLEE:  And we tried it all.  Yeah.

23             MR. GARCIA:  Kind of sad though, no?

24             MS. BAYLEE:  No.  Because it's like --

25             MR. GARCIA:  Like did you -- okay.  When

LEXITAS

```
 1   you broke up, like, did you still -- like, do you still
 2   love him?  As in, like --
 3                 MS. BAYLEE:  As a friend, though.  Like,
 4   I have so much love --
 5                 MR. GARCIA:  So, like, the kind of -- the
 6   love kind of ran out too, though.  Like, you think,
 7   like, in that way?
 8                 MS. BAYLEE:  We were always actually just
 9   kind of homies.  Like, I didn't really know what
10   romantic love was yet at that time because I had never
11   really -- I, I didn't know enough.  I was too -- I was
12   too, like, young, and I didn't know much about life yet,
13   and I hadn't experienced much.
14                 MR. GARCIA:  Yeah.
15                 MS. BAYLEE:  I was very protected.  Like,
16   I lived in a small town --
17                 MR. GARCIA:  Right.
18                 MS. BAYLEE:  -- and never left from
19   there.  So I didn't really know.  I just knew he was
20   such a good person.  I fucked hard with him.  Like,
21   like, as in, like, like as a person.
22                 MR. GARCIA:  Yeah.  Yeah.  Yeah.
23                 MS. BAYLEE:  Like, we just really liked
24   each other as people and that was enough for me to be
25   like, "Yeah, of course.  Like, I'm game."
```

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

```
 1                    MR. GARCIA:  Wow.

 2                    MS. BAYLEE:  We didn't even talk about

 3   marriage.  He just proposed three months in, and I was

 4   like, "Okay, let's do this thing."

 5                    MR. GARCIA:  Yeah.  Yeah.

 6                    MS. BAYLEE:  And even -- I mean, we never

 7   fought.  We never yelled at each other a single time

 8   during our whole marriage, seven years.  We always,

 9   like, spoke really kindly.  And, yeah.  He's a really

10   good guy.  Like, I got really lucky because he could

11   have been a piece of garbage and he was best dude.

12                    MR. GARCIA:  It's amazing.

13                    MS. BAYLEE:  Greatest person.  Yeah.  The

14   lore goes deep.

15                    MR. GARCIA:  And so -- wait, so seven --

16   okay.  So when did y'all break up?

17                    MS. BAYLEE:  Goodness before the

18   pandemic.

19                    MR. GARCIA:  Any relationship since then?

20                    MS. BAYLEE:  Mm-hmm.

21                    MR. GARCIA:  Yeah?

22                    MS. BAYLEE:  Yeah.  I had a ex boyfriend

23   who's great guy too.

24                    MR. GARCIA:  Okay.

25                    MS. BAYLEE:  I'm like, I try to be --
```

888-893-3767                 Lexitas operates in all 50 states and is licensed where required.
www.lexitaslegal.com         Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

```
 1                    MR. GARCIA:  Cool?

 2                    MS. BAYLEE:  Yeah, of course.

 3                    MR. GARCIA:  Yeah.  You should be --

 4                    MS. BAYLEE:  But only one way was bad

 5    that I don't talk to anymore.

 6                    MR. GARCIA:  Okay.

 7                    MS. BAYLEE:  Yeah.  He was --

 8                    MR. GARCIA:  Recent?

 9                    MS. BAYLEE:  Not recent.

10                    MR. GARCIA:  No.  Okay.  Okay.  okay.

11    Okay.

12                    MS. BAYLEE:  No, not recent.  Yeah.  My

13    most recent ex is the loveliest person.

14                    MR. GARCIA:  Okay.

15                    MS. BAYLEE:  Like the nicest, loveliest.

16    Love him to death.  He's great.  But my one before that

17    was a piece of garbage.

18                    MR. GARCIA:  Wow.

19                    MS. BAYLEE:  Yeah.

20                    MR. GARCIA:  You good.

21                    SPEAKER 1:  It's going to be about that

22    time.

23                    MS. BAYLEE:  Oh, yeah.  True.

24                    SPEAKER 1:  So should we do a --

25                    MR. GARCIA:  Let's do it.
```

```
 1                   SPEAKER 1:  Some -- I mean, not right
 2   this second --
 3                   MS. BAYLEE:  I'm down for whatever.
 4                   SPEAKER 1:  -- but we're getting close.
 5                   MR. GARCIA:  Okay.  10 more minutes.
 6                   MS. BAYLEE:  We're just trauma dumping on
 7   Twitch.
 8                   MR. GARCIA:  All right.  Wow, that's
 9   crazy.
10                   MS. BAYLEE:  Yeah.  You're learning all
11   the lore.
12                   MR. GARCIA:  No.  Like, the thing is,
13   like, people -- a lot of people don't notice, but I, I
14   like -- I mean, they know.  I'm like, a very, like, deep
15   person --
16                   MS. BAYLEE:  So am I.
17                   MR. GARCIA:  -- like, a lot.  Like, I
18   just -- you know what I'm saying?  Like --
19                   MS. BAYLEE:  I like understanding people
20   --
21                   MR. GARCIA:  Yeah.  Yeah.  Yeah.
22                   MS. BAYLEE:  -- and why they are the way
23   that they are and, like --
24                   MR. GARCIA:  It intrigues me.
25                   MS. BAYLEE:  -- what choices they made to
```

888-893-3767                 Lexitas operates in all 50 states and is licensed where required.
www.lexitaslegal.com         Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

1  be that or when they decided to -- yeah.

2              MR. GARCIA:  Yeah.

3              MS. BAYLEE:  It's interesting to me.

4              MR. GARCIA:  Yeah.

5              MS. BAYLEE:  Which is probably why we're

6  both in this industry.

7              MR. GARCIA:  Oh, no.  Probably.  Yeah.

8              MS. BAYLEE:  Probably.  Because you

9  really get to, like, see the inside psyche of people,

10 and they get to see the inside psyche of you, and it's,

11 like, exciting.

12             MR. GARCIA:  Yeah.

13             MS. BAYLEE:  Yeah.

14             MR. GARCIA:  Damn.  Wait, can I type

15 something on your phone?

16             MS. BAYLEE:  Of course you can.

17             MR. GARCIA:  Let me type real quick.

18             MS. BAYLEE:  Okay.

19             MR. GARCIA:  My bad.  I just -- well, I

20 just got one question.  Sorry.  This is like when I --

21             MS. BAYLEE:  This is hilarious.

22             MR. GARCIA:  -- teenager, like, she's

23 like my bad, Chad.  It's nothing crazy, I swear.  It's

24 just like --

25             MS. BAYLEE:  No.  It's nothing crazy.

888-893-3767          Lexitas operates in all 50 states and is licensed where required.
www.lexitaslegal.com  Nevada Registration #116F  -  California Firm Registration #179



1   It's nothing crazy.

2                   MR. GARCIA:  Yeah.  Yeah.  Yeah.

3                   MS. BAYLEE:  We say as we giggle and type

4   into a phone.

5                   MR. GARCIA:  Yeah.

6                   MS. BAYLEE:  No.

7                   MR. GARCIA:  Okay.  I'm curious, Votette.

8   You know what I mean?  Okay.

9                   MS. BAYLEE:  Yeah.  So I'm like --

10                  MR. GARCIA:  And like, all good.  Like --

11                  MS. BAYLEE:  Totally fine.  Yeah.  Yeah.

12  Yeah.

13                  MR. GARCIA:  Okay.  Yeah.  Okay.

14                  MS. BAYLEE:  I mean, like, average, like

15  --

16                  MR. GARCIA:  No.  Yeah.

17                  MS. BAYLEE:  All the way from, like --

18  yeah.  But totally fine.

19                  MR. GARCIA:  Okay.

20                  MS. BAYLEE:  No.  He was just --

21                  MR. GARCIA:  Yeah.  Yeah.  Yeah.  Yeah.

22                  MS. BAYLEE:  -- like if I -- like two

23  coke cans stacked on top each other.  Maybe even a third

24  type of shit.  Yeah.  Like, he has a -- okay.  Wait, I'm

25  going to type --

1          MR. GARCIA:  Yeah.  sure.  Sure.  Sure.

2     Sure.  I'm sorry.  This is funny as fuck, bro.  This is

3     funny as shit.

4          MS. BAYLEE:  Let's see.

5          MR. GARCIA:  Oh my God.

6          MS. BAYLEE:  Yeah.  It's like a funny

7     joke to us now.  It's like, you just have to laugh of

8     it.

9          MR. GARCIA:  Yeah.

10          MS. BAYLEE:  Because, like, why not?

11     Like, that's -- it is -- it is funny.

12          MR. GARCIA:  It's such a life.

13          MS. BAYLEE:  It's so funny.  Like, that

14     would happen to me.

15          MR. GARCIA:  Yeah.  Of course it would.

16     Yeah.  Of course.

17          MS. BAYLEE:  Like it's me.

18          MR. GARCIA:  Yeah.  Yeah.  Yeah.

19          MS. BAYLEE:  I'm going to be whatever for

20     my future husband.  I'm not going to have anything else

21     in my brain and that happens.  I'm like, damn it.

22          MR. GARCIA:  So when you get out of the

23     marriage, are you just like, "All right, you know what?

24     Right now, I'm just going to live my life."  Like, I'm

25     just like, I'm done with all the -- like, you know what

```
 1   I'm saying?  Were you kind of done with all that?

 2               MS. BAYLEE:  Not at all.  No.  Because I

 3   like, like a close relationship.  I've always been,

 4   like, a relationship person.

 5               MR. GARCIA:  Yeah.

 6               MS. BAYLEE:  I never really had, like, a

 7   hoe phase.  Not like, it's not saying that --

 8               MR. GARCIA:  Yeah.  Yeah.  Yeah.

 9               MS. BAYLEE:  Everyone is different and I

10   have friends that are always in that phase or not in

11   that phase.

12               MR. GARCIA:  Yeah.

13               MS. BAYLEE:  Like, I think there's a

14   place for all that.  But I never really -- I love, like

15   -- I love one on one with like a person.  So I wasn't

16   good at splitting my time.  So I never like did that.  I

17   went -- I was alone for a while and then I got into a

18   relationship probably like a year later.

19               MR. GARCIA:  Okay.

20               MS. BAYLEE:  Yeah.  After my divorce.

21   Yeah.  It's been a crazy last decade.  It's been a wild

22   decade.

23               MR. GARCIA:  How are you feeling now?

24   Like, do you want kids?  Like --

25               MS. BAYLEE:  I want kids.  Yeah.
```

```
 1                    MR. GARCIA:  Okay.

 2                    MS. BAYLEE:  For sure.  Yeah.

 3   Absolutely.

 4                    MR. GARCIA:  For like, your next like,

 5   relationship.  It's like you want that to be it,

 6   obviously, well --

 7                    MS. BAYLEE:  I mean, if it's the right

 8   person, of course --

 9                    MS. BAYLEE:  Yeah.  Yeah.  Yeah.  Yeah.

10                    MS. BAYLEE:  -- but like, I'll -- I won't

11   ever just marry somebody because, like, they're the

12   person at the time.

13                    MR. GARCIA:  Yeah.

14                    MS. BAYLEE:  But you -- when you're

15   married for seven years, you know --

16                    MS. BAYLEE:  I want to say --

17                    MS. BAYLEE:  -- you know so much about

18   what you want --

19                    MR. GARCIA:  Yeah.

20                    MS. BAYLEE:  -- and you know so much

21   about like what you need from somebody else as well --

22                    MR. GARCIA:  Yeah.

23                    MS. BAYLEE:  -- which is nice because

24   then you can be like super, super honest --

25                    MR. GARCIA:  Yeah.
```

888-893-3767          Lexitas operates in all 50 states and is licensed where required.
www.lexitaslegal.com    Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

1            MS. BAYLEE:  -- with people about like,

2    this is the way I feel and that you're also a really

3    good communicator when you've gone through --

4            MR. GARCIA:  I was about to say.

5            MS. BAYLEE:  -- that type of stuff.

6    because you have -- you have to learn how to communicate

7    --

8            MR. GARCIA:  Yeah.

9            MS. BAYLEE:  -- in ways that are

10   uncomfortable.

11           MR. GARCIA:  You have to.

12           MS. BAYLEE:  Yeah.  So I'm glad it

13   happened.  Like I am --

14           MR. GARCIA:  Yeah.  Of course,.

15           MS. BAYLEE:  -- grateful it happened.

16           MR. GARCIA:  Yeah.

17           MS. BAYLEE:  I probably wouldn't be here

18   if it didn't happen.

19           MR. GARCIA:  Yeah.  Marriage is hard,

20   ain't it?  Right?

21           MS. BAYLEE:  If you pick the right person

22   --

23           MR. GARCIA:  It's not?

24           MS. BAYLEE:  The hard stuff is hard, but

25   you navigate it with your --



Audio Transcription Segment

1              MR. GARCIA:  Partner.

2              MS. BAYLEE:  -- friend.  Yeah.  And so

3    like yes and no.  Like it's hard because it's hard.

4              MR. GARCIA:  Yeah.

5              MS. BAYLEE:  But like, as long as you

6    stay kind, that's -- I think the hardest part is like

7    staying kind through the hard stuff.  But if you do --

8    like he was so good at that.  He was so good at that.

9    He was such a person -- like such a good person.

10             MR. GARCIA:  Yeah.

11             MS. BAYLEE:  So he taught me a lot too.

12   Like he made me want to be a way better person.  After I

13   got divorced, I was like, "Damn, I'm going to be like

14   him."

15             MR. GARCIA:  That's amazing.  Yeah.

16             MS. BAYLEE:  Yeah.  The depth.

17

18             (End of segment.)

19

20

21

22

23

24

25



```
 1              CERTIFICATE OF TRANSCRIPTIONIST

 2

 3              I, VINCENT ROSE, do hereby certify:

 4

 5              That said audio transcription is a true

 6   record as reported by me, a disinterested person.

 7

 8              I further certify that I am not

 9   interested in the outcome of said action, nor connected

10   with, nor related to any of the parties in said action,

11   nor to their respective counsel.

12

13              IN WITNESS THEREOF, I have hereunto set

14   my hand this 13 th day of January, 2026.

15

16

17              _____

18              Vincent Rose

19

20

21

22

23

24

25
```

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



Audio Transcription Segment

1

**0**

**0.0** 12:5

**0.01** 10:14

**0.1111** 12:3

**1**

**1** 15:21,24 16:1,4

**10** 16:5

**13** 24:14

**2**

**2026** 24:14

**21** 2:10 6:3,5

**22** 6:9

**A**

**about** 4:7 5:10 11:17 13:12 14:2 15:21 21:17, 21 22:1,4

**Absolutely** 21:3

**action** 24:9,10

**actually** 7:17 12:7 13:8

**after** 3:21 7:25 11:11 20:20 23:12

**again** 3:4

**age** 6:10

**ago** 5:7

**agree** 12:9

**ain't** 22:20

**alcohol** 6:8,9, 11

**all** 2:16 4:10, 12 6:21 7:14 9:12 12:22 16:8,10 18:10,17 19:23,25 20:1,2,14

**alone** 20:17

**also** 6:2 22:2

**always** 13:8 14:8 20:3,10

**amazing** 14:12 23:15

**anticipate** 11:23

**any** 6:15,20 14:19 24:10

**anymore** 15:5

**anything** 12:20 19:20

**apologized** 11:10

**as** 5:18 13:2, 3,21,24 18:3 19:2,3 21:21 23:5 24:6

**ask** 4:17

**ass** 7:17 8:18, 19 9:7,9

**at** 2:10 13:10 14:7 20:2,16 21:12 23:8

**audio** 24:5

**average** 18:14

**B**

**baby** 2:14

**back** 2:12,17

**bad** 3:16 12:12 15:4 17:19,23

**BAYLEE** 2:2, 10,13,18,21, 24 3:2,5,7,10, 12,17,19,25 4:4,8,11,14, 18,21,25 5:11,13,16, 20,23 6:2,5, 13,16,19,24 7:1,5,9,12,15, 18,21,24 8:3, 8,12,17,19, 21,25 9:3,5,7, 9,11,15,19,24 10:2,5,9,12, 14,17,21,23 11:1,5,7,10, 13,16,22,25 12:2,5,9,11, 15,17,19,22, 24 13:3,8,15, 18,23 14:2,6, 13,17,20,22, 25 15:2,4,7,9, 12,15,19,23 16:3,6,10,16, 19,22,25 17:3,5,8,13, 16,18,21,25 18:3,6,9,11, 14,17,20,22 19:4,6,10,13,

17,19 20:2,6, 9,13,20,25 21:2,7,9,10, 14,16,17,20, 23 22:1,5,9, 12,15,17,21, 24 23:2,5,11, 16

**because** 2:4 6:2,13 7:13 10:9 12:24 13:10 14:10 17:8 19:10 20:2 21:11,23 22:6 23:3

**before** 3:14, 19 14:17 15:16

**beginning** 2:1

**best** 5:1 14:11

**better** 23:12

**biggest** 10:1, 2

**biomedical** 2:5

**both** 17:6

**boyfriend** 14:22

**brain** 19:21

**break** 14:16

**bro** 19:2

**broke** 7:10 13:1

**but** 5:1,9,22 7:21 8:8,20 9:1,11,22 10:5,7,11 11:25 12:19

17,19 20:2,6, 9,13,20,25 21:2,7,9,10, 14,16,17,20, 23 22:1,5,9, 12,15,17,21, 24 23:2,5,11, 16

15:4,16 16:4, 13 18:18 20:14 21:10, 14 22:24 23:5,7

**by** 24:6

**C**

**cans** 18:23

**CERTIFICATE** 24:1

**certify** 24:3,8

**Chad** 17:23

**chance** 10:7 12:4

**chem** 2:6

**chill** 5:8

**choices** 16:25

**close** 11:14 16:4 20:3

**Cloud** 3:5

**coke** 18:23

**college** 2:5 7:25

**comedy** 9:21

**communicate** 22:6

**communicator** 22:3

**connected** 24:9

**cool** 8:6 15:1

**could** 11:23 14:10

**counsel** 24:11

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



Audio Transcription Segment

2

**couple** 5:3,7

**course** 10:23, 24 11:13 13:25 15:2 17:16 19:15, 16 21:8 22:14

**craziest** 11:4

**crazy** 2:7 7:3 11:5,9 16:9 17:23,25 18:1 20:21

**curious** 18:7

---

**D**

**damn** 7:19 17:14 19:21 23:13

**day** 24:14

**dead** 7:17 8:18,19 9:7,9

**death** 15:16

**decade** 20:21, 22

**decided** 17:1

**decisions** 6:17

**deep** 4:21 14:14 16:14

**depth** 23:16

**different** 20:9

**disinterested** 24:6

**divorce** 20:20

**divorced** 23:13

**doctor** 2:4,5

**doctors** 9:13 12:9

**doing** 2:14

**done** 19:25 20:1

**down** 4:10,12 16:3

**drink** 6:10

**drug** 6:20

**dude** 14:11

**dumping** 16:6

**during** 3:13 14:8

---

**E**

**each** 13:24 14:7 18:23

**early** 5:18

**eloped** 3:21

**else** 19:20 21:21

**end** 23:18

**engaged** 3:20

**engineering** 2:5

**enough** 13:11,24

**even** 6:8 9:15 11:20,23 14:2,6 18:23

**eventually** 5:2

**ever** 6:10 11:23 21:11

**everybody** 11:18

**Everyone** 20:9

**everything** 10:24 12:14, 15

**ex** 3:13 14:22 15:13

**exciting** 17:11

**experience** 6:7

**experienced** 13:13

---

**F**

**face** 8:13

**factor** 10:1,2

**family** 11:14

**fashion** 2:19

**feel** 22:2

**feeling** 20:23

**figure** 11:17

**fine** 5:16 18:11,18

**first** 6:9

**for** 2:3 4:4,17 7:4 8:9 9:1 13:24 16:3 19:19 20:14, 17 21:2,4,15

**fought** 7:9 14:7

**found** 10:18

**friend** 13:3

23:2

**friends** 2:14 5:1,5 20:10

**from** 13:18 18:17 21:21

**fuck** 4:20 9:4, 6,8,10,18 19:2

**fucked** 13:20

**fuckery** 4:5

**fucking** 2:20 9:14

**fully** 7:22,24

**funny** 9:20 19:2,3,6,11, 13

**further** 24:8

**future** 19:20

---

**G**

**game** 13:25

**garbage** 14:11 15:17

**GARCIA** 2:8, 11,16,20,23 3:1,3,6,9,11, 15,18,23 4:3, 6,10,13,16, 19,23 5:9,12, 14,17,21,24 6:4,11,15,18, 23,25 7:3,6, 10,13,16,20, 22,25 8:6,10, 15,18,20,23 9:1,4,6,8,10, 14,18,22,25 10:4,7,11,13,

16,20,22,25 11:3,6,9,12, 15,21,24 12:1,3,7,10, 13,16,18,21, 23,25 13:5, 14,17,22 14:1,5,12,15, 19,21,24 15:1,3,6,8,10, 14,18,20,25 16:5,8,12,17, 21,24 17:2,4, 7,12,14,17, 19,22 18:2,5, 7,10,13,16, 19,21 19:1,5, 9,12,15,18,22 20:5,8,12,19, 23 21:1,4,13, 19,22,25 22:4,8,11,14, 16,19,23 23:1,4,10,15

**get** 5:18 17:9, 10 19:22

**getting** 16:4

**giggle** 18:3

**glad** 22:12

**go** 2:23 10:18

**God** 10:4 19:5

**goes** 2:7 4:21 14:14

**going** 8:4,13 9:11,12 11:2 15:21 18:25 19:19,20,24 23:13

**gone** 22:3

**good** 2:15



13:20 14:10 15:20 18:10 20:16 22:3 23:8,9

**Goodness** 14:17

**goody** 6:7

**got** 2:6,7 3:19, 20,21 6:22 7:7 14:10 17:20 20:17 23:13

**graduated** 2:6 3:14

**grateful** 22:15

**great** 7:1 14:23 15:16

**greatest** 4:14, 15 14:13

**guessing** 12:13

**guy** 4:1,14,15 14:10,23

---

### H

**hadn't** 13:13

**hand** 24:14

**happen** 19:14 22:18

**happened** 12:4 22:13,15

**happens** 19:21

**hard** 13:20 22:19,24 23:3,7

**hardest** 23:6

**Hawaii** 3:21

**heard** 11:4

**here** 2:22 3:8 8:3 22:17

**hereby** 24:3

**hereunto** 24:13

**hey** 2:11

**hilarious** 8:13 17:21

**hired** 4:4

**hoe** 20:7

**homie** 10:6

**homies** 13:9

**honest** 21:24

**honeymoon** 5:24

**hour** 3:7

**how** 3:15 4:16 6:6 9:2 11:20, 22 20:23 22:6

**husband** 3:13 19:20

---

### I

**if** 4:17 18:22 21:7 22:18,21 23:7

**impossible** 10:25

**in** 2:6,18 4:15 7:10,22 8:1 11:2 13:2,7, 16,21 14:3

**it** 17:6 19:21 20:10 22:9 24:9,10,13

**indiscernible** 6:11

**industry** 17:6

**insane** 8:16

**inside** 17:9,10

**interested** 24:9

**interesting** 4:23 17:3

**Internet** 11:8

**into** 5:18 8:8 18:4 20:17

**intrigued** 6:25

**intrigues** 16:24

**issue** 11:23

**issues** 5:4

**it** 4:5 6:24 7:1, 6,16 8:8,11 9:12,21 10:9 11:1,17,25 12:11,22 15:25 16:24 19:8,11,15,21 21:5 22:12, 15,18,20,25

**it's** 5:22 7:7 9:19,20 10:16 12:3,24 14:12 15:21 17:3, 10,23,25 18:1 19:6,7,12,13, 17 20:7,21 21:5,7 22:23 23:3

**itself** 9:21

---

### J

**January** 24:14

**joke** 19:7

**just** 2:3,11 3:22,23,25 4:4,15 5:1,4, 5,7,8 7:7,13, 16 10:18 12:2,12 13:8, 19,23 14:3 16:6,18 17:19,20,24 18:20 19:7, 23,24,25 21:11

---

### K

**kidding** 2:20

**kids** 5:2 20:24,25

**kind** 3:7 5:21 9:20 12:23 13:5,6,9 20:1 23:6,7

**kindly** 14:9

**knew** 13:19

**know** 4:7 5:15 6:2 8:21,23 9:16 10:6 11:1,6,20 13:9,11,12,19 16:14,18 18:8 19:23,25 21:15,17,20

---

### L

**last** 20:21

**later** 20:18

**laugh** 19:7

**lawyer** 5:6

**learn** 22:6

**learning** 16:10

**left** 13:18

**less** 12:5

**Let** 17:17

**let's** 8:13 10:18 14:4 15:25 19:4

**life** 6:7 9:21 13:12 19:12, 24

**like** 2:3 3:5, 23,24 4:1,5,6, 7,25 5:1,2,3, 4,5,6,7,8,9, 21,22,25 6:3, 5,6,7,9,14,19, 21 7:6,7,8,14, 16,17,21,22, 23 8:1,2,18, 21 9:1,16,17, 19,20,22,23, 25 10:5,7,9, 11,12,14,16, 18,25 11:1,3, 10,16,17,18, 20,22,25 12:1,3,7,9,11, 12,14,24,25 13:1,2,3,5,6, 7,9,12,15,20, 21,23,25

---

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



Audio Transcription Segment

4

14:4,9,10,25
15:15 16:12,
13,14,17,18,
19,23 17:9,
11,20,22,23,
24 18:9,10,
14,17,22,24
19:6,7,10,11,
13,17,21,23,
24,25 20:3,4,
6,7,13,14,15,
16,18,24
21:4,5,10,11,
21,24 22:1,13
23:3,5,6,8,9,
12,13

**liked**  13:23

**lipo**  9:16

**little**  7:14

**live**  19:24

**lived**  13:16

**long**  3:15 4:16
9:2 23:5

**Looked**  9:15

**lore**  2:7 4:21
14:14 16:11

**lot**  16:13,17
23:11

**love**  10:5
13:2,4,6,10
15:16 20:14,
15

**loveliest**
15:13,15

**luck**  12:12

**lucky**  14:10

**lying**  9:14,15

---

## M

**mad**  3:16,18

**made**  16:25
23:12

**making**  6:16

**Man**  4:23
10:20

**marriage**  6:21
9:5 14:3,8
19:23 22:19

**married**  2:7,
12,13,14,21
3:20,21 4:1,
17 5:18 6:22
7:7 21:15

**marry**  21:11

**maybe**  11:19
18:23

**me**  2:20 4:24
7:4 13:24
16:24 17:3,17
19:14,17
23:11,12 24:6

**mean**  9:16
14:6 16:1,14
18:8,14 21:7

**met**  3:13

**Minnesota**
3:10

**Minnesotan**
2:18

**minor**  2:6

**minutes**  16:5

**Mm-hmm**
14:20

---

**mom**  4:6
11:10,18

**months**  3:17,
19,20,21 7:10
14:3

**more**  8:11
16:5

**most**  15:13

**move**  8:1

**MR**  2:8,11,16,
20,23 3:1,3,6,
9,11,15,18,23
4:3,6,10,13,
16,19,23 5:9,
12,14,17,21,
24 6:4,11,15,
18,23,25 7:3,
6,10,13,16,
20,22,25 8:6,
10,15,18,20,
23 9:1,4,6,8,
10,14,18,22,
25 10:4,7,11,
13,16,20,22,
25 11:3,6,9,
12,15,21,24
12:1,3,7,10,
13,16,18,21,
23,25 13:5,
14,17,22
14:1,5,12,15,
19,21,24
15:1,3,6,8,10,
14,18,20,25
16:5,8,12,17,
21,24 17:2,4,
7,12,14,17,
19,22 18:2,5,
7,10,13,16,
19,21 19:1,5,
9,12,15,18,22
20:5,8,12,19,

---

**MS**  2:2,10,13,
18,21,24 3:2,
5,7,10,12,17,
19,25 4:4,8,
11,14,18,21,
25 5:11,13,
16,20,23 6:2,
5,13,16,19,24
7:1,5,9,12,15,
18,21,24 8:3,
8,12,17,19,
21,25 9:3,5,7,
9,11,15,19,24
10:2,5,9,12,
14,17,21,23
11:1,5,7,10,
13,16,22,25
12:2,5,9,11,
15,17,19,22,
24 13:3,8,15,
18,23 14:2,6,
13,17,20,22,
25 15:2,4,7,9,
12,15,19,23
16:3,6,10,16,
19,22,25
17:3,5,8,13,
16,18,21,25
18:3,6,9,11,
14,17,20,22
19:4,6,10,13,
17,19 20:2,6,
9,13,20,25
21:2,7,9,10,
14,16,17,20,
23 22:1,5,9,
12,15,17,21,
24 23:2,5,11,
16

---

23 21:1,4,13,
19,22,25
22:4,8,11,14,
16,19,23
23:1,4,10,15

**MS**  2:2,10,13,
18,21,24 3:2,
5,7,10,12,17,
19,25 4:4,8,
11,14,18,21,
25 5:11,13,
16,20,23 6:2,
5,13,16,19,24
7:1,5,9,12,15,
18,21,24 8:3,
8,12,17,19,
21,25 9:3,5,7,
9,11,15,19,24
10:2,5,9,12,
14,17,21,23
11:1,5,7,10,
13,16,22,25
12:2,5,9,11,
15,17,19,22,
24 13:3,8,15,
18,23 14:2,6,
13,17,20,22,
25 15:2,4,7,9,
12,15,19,23
16:3,6,10,16,
19,22,25
17:3,5,8,13,
16,18,21,25
18:3,6,9,11,
14,17,20,22
19:4,6,10,13,
17,19 20:2,6,
9,13,20,25
21:2,7,9,10,
14,16,17,20,
23 22:1,5,9,
12,15,17,21,
24 23:2,5,11,
16

---

**much**  5:23
13:4,12,13
21:17,20

**my**  3:13,16
4:9,11 6:9 8:4
9:20 10:4,6
11:10,13,14,
18 15:12,16
17:19,23
19:5,20,21,24
20:16,20
24:14

---

## N

**navigate**
22:25

**need**  21:21

**neither**  12:19

**nerd**  2:3

**never**  6:8,19,
20 7:9 11:19
13:10,18
14:6,7 20:6,
14,16

**next**  21:4

**nice**  21:23

**nicest**  15:15

**no**  2:2 4:21
5:16 7:12,15
8:23 9:3,7,24
10:7,9 12:23,
24 15:10,12
16:12 17:7,25
18:6,16,20
20:2 23:3

**nor**  24:9,10,
11

**north**  3:7

---



**Northern** 3:10

**not** 6:5,6 9:15, 19 15:9,12 16:1 19:10,20 20:2,7,10 22:23 24:8

**nothing** 17:23,25 18:1

**notice** 16:13

**now** 6:6 19:7, 24 20:23

---

**O**

---

**obviously** 21:6

**of** 2:1 3:7,22 4:5 5:21 6:9, 14,20,21 7:7 9:16,20 10:14,23 11:2,3,13 12:19,23 13:5,6,9,25 14:11 15:2,17 16:13 17:9, 10,16 18:24 19:7,15,16,22 20:1 21:8 22:5,14 23:18 24:1,9,10,14

**on** 5:6 8:4 11:8 16:6 17:15 18:23 20:15

**one** 7:7 10:18 11:3,22 15:4, 16 17:20 20:15

**only** 15:4

**other** 5:4 13:24 14:7 18:23

**our** 9:5 14:8

**out** 2:21 11:17 13:6 19:22

**outcome** 24:9

**overstep** 5:14

---

**P**

---

**pandemic** 14:18

**parents** 4:7,9, 11,12

**part** 23:6

**parties** 24:10

**Partner** 23:1

**people** 5:8 13:24 16:13, 19 17:9 22:1

**percent** 10:14 12:3

**person** 13:20, 21 14:13 15:13 16:15 20:4,15 21:8, 12 22:21 23:9,12 24:6

**perspective** 8:9

**phase** 5:25 20:7,10,11

**phone** 5:6 8:4 17:15 18:4

**pick** 22:21

**piece** 14:11

15:17

**place** 20:14

**plan** 5:6

**player** 4:2

**population** 10:15

**private** 3:23

**probably** 12:5 17:5,7,8 20:18 22:17

**proposed** 3:13 14:3

**protected** 13:15

**psych** 2:6

**psyche** 17:9, 10

**put** 8:8 11:8

**putting** 7:22

---

**Q**

---

**question** 17:20

**quick** 2:12 17:17

---

**R**

---

**ran** 13:6

**random** 4:2 12:2

**ready** 5:3

**real** 2:12 17:17

**really** 5:1,2

13:9,11,19,23 14:9,10 17:9 20:6,14 22:2

**recent** 15:8,9, 12,13

**record** 24:6

**related** 24:10

**relationship** 5:18 14:19 20:3,4,18 21:5

**reported** 24:6

**respective** 24:11

**right** 2:16 3:14 6:4,18 10:18 13:17 16:1,8 19:23, 24 21:7 22:20,21

**risk** 5:22

**romantic** 13:10

**Rose** 24:3,17

**run** 2:11

---

**S**

---

**sad** 12:23

**said** 24:5,9,10

**say** 18:3 21:16 22:4

**saying** 5:25 8:22,24 16:18 20:1,7

**scared** 6:14

**school** 2:3,23,

24 3:12,13

**second** 16:2

**see** 5:25 8:5, 13 17:9,10 19:4

**segment** 2:1 23:18

**set** 24:13

**seven** 4:18 7:4 8:15 14:8, 15 21:15

**shared** 5:6

**shit** 2:12 9:16 11:2 18:24 19:3

**shoes** 6:8

**shot** 10:8

**should** 5:4,5 15:3,24

**showing** 11:6

**Shut** 9:4,6,8, 10

**since** 14:19

**single** 14:7

**sip** 6:9

**six** 3:21

**small** 13:16

**Some** 16:1

**somebody** 21:11,21

**something** 8:4 17:15

**sorry** 4:20 11:19 17:20 19:2



**SPEAKER** 15:21,24 16:1,4

**splitting** 20:16

**spoke** 14:9

**St** 3:5

**stacked** 18:23

**stay** 23:6

**staying** 23:7

**still** 2:14 13:1

**stories** 11:4

**stream** 8:4

**studied** 2:3,5

**studying** 3:13

**stuff** 22:5,24 23:7

**stupid** 7:16

**such** 13:20 19:12 23:9

**super** 21:24

**sure** 5:12 19:1,2 21:2

**swear** 17:23

**T**

**talk** 5:10 14:2 15:5

**talks** 11:16

**taught** 23:11

**tears** 11:2

**teenager** 17:22

**th** 24:14

**than** 12:5

**that's** 5:21 9:19 11:3,9 12:1,10 16:8 19:11 23:6,15

**them** 4:12

**then** 2:2,4,6 3:2,20 4:1 6:22 7:1,21 14:19 20:17 21:24

**Therapists** 9:13

**there's** 20:13

**THEREOF** 24:13

**thing** 2:17 7:14,19 14:4 16:12

**things** 6:20, 21 12:11

**think** 13:6 20:13 23:6

**third** 18:23

**this** 2:11,17 3:3,16,18 4:1, 7,23 5:10,22, 24,25 8:15 9:25 12:12 14:4 16:2 17:6,20,21 19:2 22:2 24:14

**those** 6:20,21 7:7

**though** 2:3 5:23 10:22

12:23 13:3,6

**thought** 11:19

**three** 3:17,19, 20 7:10 14:3

**through** 22:3 23:7

**till** 6:20

**time** 13:10 14:7 15:22 20:16 21:12

**to** 2:4,5,23,24 3:12,21 4:24 5:14 7:4,18 8:4,13 9:11, 12,23 11:2, 14,17,19 13:24 14:25 15:5,16,21 16:25 17:1,3, 9,10 18:25 19:7,14,19, 20,24 21:5,16 22:4,6,11 23:12,13 24:10,11

**together** 3:16 7:4 8:1

**told** 4:11,12 11:12

**too** 4:15 13:6, 11,12 14:23 23:11

**top** 18:23

**totally** 18:11, 18

**town** 13:16

**transcription** 24:5

**TRANSCRIPTI ONIST** 24:1

**trauma** 11:8 16:6

**tried** 10:22,24 12:13,22

**trigger** 9:20

**true** 15:23 24:5

**try** 9:11,12 14:25

**trying** 7:18 11:17

**Twitch** 16:7

**two** 3:22,24, 25 6:8 18:22

**type** 8:4 9:16 11:2 12:11 17:14,17 18:3,24,25 22:5

**typical** 2:18

**U**

**ukulele** 4:2

**uncomfortabl e** 22:10

**under** 6:10

**understand** 8:11

**understandin g** 16:19

**unfortunate** 12:10

**unless** 11:1

**until** 5:7 6:9

**up** 7:10 9:4,6, 8,10,16 13:1 14:16

**us** 3:22,25 4:1 12:19 19:7

**V**

**very** 2:21 5:8, 18,23 6:7 11:14 13:15 16:14

**Vincent** 24:3, 17

**virgin** 6:20

**Votette** 18:7

**W**

**wait** 2:8,9,11 5:17 8:3 14:15 17:14 18:24

**want** 5:9,14 9:23 20:24,25 21:5,16,18 23:12

**wanted** 2:4 5:2

**warn** 11:19

**way** 13:7 15:4 16:22 18:17 22:2 23:12

**ways** 22:9

**we** 3:19,20,21 4:4,25 5:1,3, 4,5,6,7 7:9,18 10:24 11:16

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



12:19,22
13:8,23 14:2,
6,7,8 15:24
18:3

**we're** 2:13 5:8
16:4,6 17:5

**well** 5:19 8:3
17:19 21:6,21

**went** 2:4,24
3:12 20:17

**what** 2:17
4:19 5:25
6:23 8:1,2,22,
23 9:16,18
11:17 13:9
16:18,25 18:8
19:23,25
21:18,21

**what's** 7:3

**whatever** 6:7
16:3 19:19

**wheel** 2:16

**when** 12:25
14:16 17:1,20
19:22 21:14
22:3

**where** 3:1,3
6:6

**which** 3:5
17:5 21:23

**while** 20:17

**who's** 14:23

**whole** 2:17
9:5 14:8

**why** 9:19
16:22 17:5
19:10

**wild** 20:21

**will** 8:10

**with** 2:6
11:17,18
13:20 19:25
20:1,15 22:1,
25 24:10

**WITNESS**
24:13

**won't** 21:10

**work** 7:22

**world** 4:15

**would** 11:20,
22 12:4
19:14,15

**wouldn't**
22:17

**Wow** 4:3,13
7:20,25 11:9,
24 14:1 15:18
16:8

**writes** 9:21

**wrong** 6:16

---

### Y

**y'all** 3:15,24
4:7,17 8:1
14:16

**yeah** 2:10,13,
18 3:6,12,20,
22,25 4:5,8,
14,22,25
5:11,13,20
6:12,13,21,
22,24 7:5,21,
24 8:3,6,7,12,
25 9:12 10:5,
13,17,18,19,

21,23 11:2,7,
8,15,21,25
12:8,16,17,
18,20,22
13:14,22,25
14:5,9,13,21,
22 15:2,3,7,
12,19,23
16:10,21
17:1,2,4,7,12,
13 18:2,5,9,
11,12,13,16,
18,21,24
19:1,6,9,15,
16,18 20:5,8,
12,20,21,25
21:2,9,13,19,
22,25 22:8,
12,14,16,19
23:2,4,10,15,
16

**year** 20:18

**years** 4:18 5:7
7:4 8:15 14:8
21:15

**yelled** 14:7

**yes** 6:19 10:2,
3 23:3

**yet** 13:10,12

**yo** 2:16 4:19

**young** 2:21
5:3 7:14
13:12

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

