**UNITED STATES DISTIRCT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MATTHEW KALIL,<br><br>        Plaintiff,<br><br>vs.<br><br>HALEY KALIL,<br><br>        Defendant. | Case No.: 0:26-CV-00062-PJS-DTS<br>Hon. Patrick J. Schiltz<br><br>**PLAINTIFF'S UNOPPOSED REQUEST TO ATTEND PROCEEDING VIRTUALLY PURSUANT TO LOCAL RULE 7.3** |

      Pursuant to Local Rule 7.3(b), Plaintiff Matthew Kalil requests his counsel Ryan D. Saba and/or Michael DiGiananntonio appear and participate via video conferencing technology for the hearing regarding Defendant's Motion to Dismiss scheduled for April 29, 2026, at 8:30 a.m.

      Plaintiff's counsel has conferred with Defendant's counsel regarding this request. Defense counsel has no objection. Plaintiff's counsel also requests that the proceeding be transcribed.

      Respectfully submitted,

Dated: March 3, 2026        By: */s/ Ryan Saba*
                                          Christopher L. Lynch (MN #0284154)
                                          **BARNES & THORNBURG LLP**
                                          225 South Sixth Street, Suite 2800
                                          Minneapolis, Minnesota 55402
                                          T: (612) 333-2111
                                          F: (612) 333-6798
                                          christopher.lynch@btlaw.com

    and

    Ryan D. Saba (*pro hac vice*)
    Michael DiGiananntonio (*pro hac vice*)
    **ROSEN SABA LLP**
    2301 Rosecrans Ave., Suite 3180
    El Segundo, CA 90245
    T: 310 285-1727
    rsaba@rosensaba.com
    mdigi@rosensaba.com

    ***Attorneys for Plaintiff Matthew Kalil***