

**MATTHEW J. BIALICK**
Attorney at Law

✉ Matthew@mjblawmn.com
🌐 www.mjblawmn.com
📞 (952) 239-3095

Banking | Business | Litigation

March 4, 2026

**VIA ECF**
Honorable Patrick J. Schiltz
United States District Court
300 South Fourth Street
Minneapolis, MN  55415

Re: *Matthew Kalil v. Haley Kalil (Court File Number 0:26-cv-00062-PJS-DTS)*

Judge Schiltz,

Defendant Haley Kalil responds to Plaintiff's Request to Attend Proceeding Virtually (Dkt. 23). Defendant has no objection to Plaintiff's counsel appearing remotely via video conferencing technology for the April 29, 2026 hearing, provided that Defendant's counsel may appear in person. This is consistent with the language of LR 7.3(a), which provides that "[a]t a virtual proceeding, one or more of the attorneys, parties, or witnesses may appear by telephone or video." The local rule expressly contemplates that at a virtual proceeding some parties may appear remotely and some parties may appear in person. Defendant also does not object to Plaintiff's request that the proceeding be transcribed.

Respectfully submitted,

MJB LAW FIRM, PLLC

Matthew J. Bialick, Esq.
3701 Shoreline Drive, STE 200A
Wayzata, MN 55391