UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MATTHEW KALIL,                                               Case No. 26-CV–0062 (PJS/DTS)

                    Plaintiff,

v.
                                                    ORDER

HALEY KALIL,

                    Defendant.

This matter is before the Court on plaintiff's unopposed request to attend proceeding virtually pursuant to Local Rule 7.3.  ECF No. 23.  Plaintiff specifically sought leave for plaintiff's counsel, Ryan D. Saba or Michael DiGiananntonio, to appear and participate via video conferencing technology for the April 29, 2026 motion hearing related to defendant's motion to dismiss.  Plaintiff also requested that the motion hearing be transcribed.

Based upon all the files, records and proceedings herein, IT IS HEREBY ORDERED that:

1. Plaintiff's unopposed request to attend proceeding virtually pursuant to Local Rule 7.3 [ECF No. 23] is DENIED.

2. All of the Court's dispositive motion hearings are transcribed.  A specific request or order for transcription is unnecessary.

Dated: March 4, 2026                              /s/ Patrick J. Schiltz
                                                  Patrick J. Schiltz, Chief Judge
                                                  United States District Court