UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MATTHEW KALIL,

Plaintiff,

v.

HALEY KALIL,

Defendant.

Case No. 26-CV-0062 (PJS/DTS)

ORDER

---

This matter is before the Court on the parties' stipulation to extend time to file motion for attorney fees, costs, and expenses. ECF No. 32.

Based upon all the files, records and proceedings herein, IT IS HEREBY ORDERED that:

1. The parties' stipulation to extend time to file motion for attorney fees, costs, and expenses [ECF No. 32] is APPROVED.

2. The time for defendant to file a motion for attorney fees, costs, and expenses under Fed. R. Civ. P. 54(d)(2) and D. Minn. L.R. 54.3(b), and to file a bill of costs under D. Minn. L.R. 54.3(c), is extended to and including November 2, 2026.

Dated: October 1, 2026

/s/ Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge